CHARLES H. HAND, APPELLANT, v. LILLIAN F. HOWE, RESPONDENT.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Winfield S. Angleman.*

For the respondent, *William A. Coddington.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.